KENYATTA K. STEWART, CORPORATION COUNSEL
CITY OF NEWARK-DEPARTMENT OF LAW
920 BROAD STREET, ROOM 316
NEWARK, NEW JERSEY 07102
Attorney for Plaintiff
City of Newark

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF NEWARK, | Civ. No. |
| Plaintiff, | |
| v. | |
| CITY OF NEW YORK, et. al., | CERTIFICATION OF NATASHA ALLEN |
| Defendants. | |

I, **NATASHA ALLEN**, of full age hereby certifies and says:

1. I work for the City of Newark.

2. I am the South Ward Senior Aide to City of Newark Mayor Ras Baraka.

3. I have been charged with receiving and addressing complaints by citizens located in the South Ward of Newark, which complaints form, in part, the subject of the allegations set forth in Newark's Verified Complaint.

4. I have attended meetings with NYC SOTA personnel. Newark has requested that NYC identify those SOTA recipients who have been placed in Newark housing under the SOTA program. NYC SOTA personnel have refused to identify the SOTA recipients that NYC has placed in Newark.

5. In addition to the SOTA recipients that have provided their own Certifications in connection with this matter, I have also spoken with the following recipients who came forward to complain, of their own volition, to Newark officials.

6. In January 2019, I spoke with Ms. Julie Rodriguez (723 Bergen Street, Newark). She complained of, and provided pictures, of mice infestation and no heat in her apartment. She complained that it was so cold that the water in her dog's bowl completely froze. She said she did not want to come to Newark, but rather, she wanted to go to Florida. She said she was told by NYC personnel that she had to use the SOTA voucher in New Jersey, Pennsylvania, or Connecticut, only. I have learned that Ms. Rodriguez has since relocated to Florida.

7. On June 11, 2019, I spoke to Ms. Ranisha Howard, of 182 Seymour Avenue 3rd Floor, Newark. Ms. Howard believed she was living in an illegally converted apartment, although ultimately I determined that her apartment was a legal apartment. Ms. Howard complained to me that she didn't see the apartment until move in day because the "Housing Specialist" from SOTA made contact with the homeowner and viewed the apartment. Ms. Howard was told by a DHS employee that "we can't help you because you are a Newark resident now."

8. On October 17, 2019, I spoke with Ms. Loreal Bell, 678 South 20th Street, Newark. She complained of mice infestation, raw sewage in the basement, faulty wiring and no heat. Ms. Bell related that she told the NYC representative that she didn't want to move to that apartment. She says she felt forced to move in because NYC "had already cut the check." Ms. Bell says she complained to NYC DHS, as well as the shelter where she had lived, that she did not have any heat from the time she moved in. NYC told her to contact the Newark officials with her complaints. Ms. Bell had no desire to live in Newark and wished to return to New York. Ms. Bell feels like she was "dumped here and is now a Newark problem."

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
Natasha Allen

Dated: 12/1/19