

# CITY OF JERSEY CITY
## DEPARTMENT OF LAW

CITY HALL • 280 GROVE STREET • JERSEY CITY, NJ 07302
PHONE (201) 547-5229 • FAX (201) 547-5230



STEVEN M. FULOP
*MAYOR OF JERSEY CITY*

PETER J. BAKER
*CORPORATION COUNSEL*

January 27, 2020

**via ECF Only**
Honorable Madeline Cox Arleo, U.S.D.J.
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:** **City of Newark v. City of New York, et al.**
> **Civil Action 2:19-cv-20931 (MCA)(LDW)**

Dear Judge Cox Arleo:

The undersigned represents the City of Jersey City ("Jersey City"), who has filed a Motion to Intervene as Plaintiff, in the above-captioned matter. Currently pending before Your Honor is Jersey City's motion to intervene, which is returnable on February 3, 2020.

I write to request an adjournment of the motion one cycle, to February 18, 2020. Counsel for the City of New York, Brian Horan, has consented to same.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

**PETER J. BAKER**
**CORPORATION COUNSEL**

By: */s/ Brittany M. Murray*
BRITTANY M. MURRAY
Assistant Corporation Counsel

cc: All counsel of record via ECF

**So Ordered**
this 28th day of Jan. 2020

*Leda D. Wettre*
Leda D. Wettre, USMJ