JAMES E. JOHNSON
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

By:     Brian T. Horan
         Doris F. Bernhardt (*pro hac vice*)
         Assistants Corporation Counsel
         212.356.2297/2296
         bhoran@law.nyc.gov
         dbernhar@law.nyc.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

------------------------------------------------------------------- x

CITY OF NEWARK,

         Plaintiff-Crossclaim Defendant,

CITY OF JERSEY CITY,

         Intervenor Plaintiff,

CLASS OF AFFECTED TENANTS,

         Plaintiffs-Intervenors,

vs.

CITY OF NEW YORK; MAYOR BILL DE BLASIO,
in his official capacity; COMMISSIONER STEVEN
BANKS, in his official capacity,

         Defendants.

------------------------------------------------------------------- x

**Document Filed Electronically**

Case No.
2:19-cv-20931-MCA-LDW

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on April 5, 2021, Defendants the City of New York, Mayor Bill de Blasio, and Commissioner Steven Banks will move before the Honorable Madeline Cox Arleo, U.S.D.J., at the Martin Luther King, Jr. Building & United States

Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order pursuant to Rules 12(b)(1), 12(h)(3), and 12(c) of the Federal Rules of Civil Procedure dismissing the Complaint of the City of Newark.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, the undersigned will rely on the attached memorandum of law, the Declaration of Molly Park and exhibits, and on all other declarations and pleadings filed herein. A proposed Order granting this motion is attached herein.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

Dated: March 12, 2021

                                              Respectfully submitted,

                                              JAMES E. JOHNSON
                                              Corporation Counsel of the City of New York

By:   */s/ Brian T. Horan*
       Brian T. Horan
       Assistant Corporation Counsel
       100 Church Street, 20th Floor
       New York, NY 10007
       212.356.2297
       bhoran@law.nyc.gov
       NJ Bar ID No. 028512009

*Attorneys for Defendants*