**NYC** | Human Resources Administration
Department of Homeless Services

**DEPARTMENT OF SOCIAL SERVICES**

DSS-10a (E) Rev. 03/12/2019  (page 1 of 12)
Prior Version 10/26/2018

## APARTMENT REVIEW CHECKLIST
### (to be completed by City or Provider staff)

Client Name: _____

Shelter/Provider Name: _____

Date of apartment viewing: _____

| Are there children in the Household? |
| --- |
| Yes ☐   No ☐ |
| If Yes, indicate the ages of all children: |
| _____ |

**Apartment Information**

| Address: | Year of Construction (From DHS Clearance results document - DOB/Certificate of Occupancy section): |
| --- | --- |
| Apartment Number: | Floor: | Borough: | Zip Code: |

| Total # rooms: | Total # bedrooms: | Total # baths: | Total # of units: | Number of people who will live in the apartment: |
| --- | --- | --- | --- | --- |

### USE THIS FORM FOR:  APARTMENT WALKTHROUGHS.
### DO NOT USE THIS FORM FOR:  ROOM, COMMERCIAL SRO, OR NYCHA WALKTHROUGHS.

### UTILITIES (GAS, ELECTRICITY, AND WATER) MUST BE CONNECTED BY THE LANDLORD PRIOR TO THE APARTMENT REVIEW.

| 1. Interior of Building | YES | NO | N/A | Information |
| --- | --- | --- | --- | --- |
| **a)** Are the interior stairs & halls free of hazards? *(e.g. damaged surfaces; peeling, cracked, & loose paint; and loose or missing handrails)* | ☐ | ☐ | | Yes = Pass  No = Fail |
| **b)** Is there excess garbage in the hallways/interior of the building that may cause a health and safety condition? | ☐ | ☐ | | Yes = Fail  No = Pass  *See Guidance* 📷 |
| **c)** Do halls and stairwells have a clear path to egress? | ☐ | ☐ | | Yes = Pass  No = Fail  *See Guidance* 📷 |
| **d)** Do halls and stairwells have sufficient lighting? | ☐ | ☐ | | Yes = Pass  No = Fail  *See Guidance* 📷 |

**(Turn page)**

DSS-10a (E) Rev. 03/12/2019 (page 2 of 12)
Prior Version 10/26/2018

Department of Social Services

| 1. Interior of Building | YES | NO | N/A | Information |
|---|:---:|:---:|:---:|:---:|
| **e)** Is there a working mailbox or mail slot for the tenant? *The mail box/slot must be unique to this unit and not shared with others.* | ☐ | ☐ | ■ | Yes = Pass No = Fail |
| **f)** Is this unit in a building/house with 3 or more units? | ☐ | ☐ | ■ | Not Pass/Fail |
| **g)** If **1f** is YES – is there at least one unlocked Fire Exit from the building? *Per NYC fire code, a fire exit is a stairway separated from other interior spaces of a building by fire-resistant construction so that it provides a protected path of egress out of a building.* | ☐ | ☐ | ☐ | Yes = Pass No = Fail |
| **h)** If **1g** is YES - are any of the Fire Exits blocked? | ☐ | ☐ | ☐ | Yes = Fail No = Pass |
| **i)** If **1f** is YES - is there a self-closing mechanism on the apartment entrance door, the building entrance door, and the Fire Exit doors? | ☐ | ☐ | ☐ | Yes = Pass No = Fail *See Guidance* 🕮 |
| **j)** If **1f** is YES - is there a working bell/buzzer for the apartment? *The bell or buzzer must ring inside the apartment.* | ☐ | ☐ | ☐ | Yes = Pass No = Fail |

| 2. Hallway and Apartment or House | YES | NO | N/A | Information |
|---|:---:|:---:|:---:|:---:|
| **a)** Is this unit in a building/house with 3 or more units, **AND** are there children 10 and under in this household? | ☐ | ☐ | ■ | Not Pass/Fail |
| **b)** If **2a** is YES - are window guards in place in the **hallways** and installed with the correct (one way) screws and L brackets to prevent the window from opening more than 4 inches; or if there is a casement window hinged at the side or top, is there a chain to prevent the window from opening more than 4 inches? *If the gap from the top bar of the window guard to the top of the window is less than 4 inches, an L bracket is not required.* *Note that window guards should not be installed in fire escape windows.* | ☐ | ☐ | ☐ | Yes = Pass No = Fail *See Guidance* 🕮 |

**(Turn page)**

DSS-10a (E) Rev. 03/12/2019 (page 3 of 12)
Prior Version 10/26/2018

Department of Social Services

| 2. Hallway and Apartment or House | YES | NO | N/A | Information |
|---|---|---|---|---|
| **c)** If **2a** is YES - are window guards in place in the **unit** and installed with the correct (one way) screws and L brackets; or if there is a casement window hinged at the side or top, is there a chain to prevent the window from opening more than 4 inches? <br><br> *If the gap from the top bar of the window guard to the top of the window is less than 4 inches, an L bracket is not required.* <br><br> *Note that window guards should not be installed in fire escape windows.* | ☐ | ☐ | ☐ | Yes = Pass <br> No = Fail <br> *See Guidance* 📖 |

| 3. Overall Apartment/House | YES | NO | N/A | Information |
|---|---|---|---|---|
| **a)** Is the apartment being repaired or under renovation or construction? <br><br> *If the unit is being repaired or is under construction, it is not suitable for a client.* | ☐ | ☐ | ■ | Yes = Fail <br> No = Pass |
| **b)** Is there a fire escape? | ☐ | ☐ | ■ | Not Pass/Fail |
| **c)** If **3b** is YES - are there window gates on the window leading to the fire escape? | ☐ | ☐ | ☐ | Not Pass/Fail |
| **d)** If **3c** is YES - can the window gates be opened from the inside? <br><br> *For example, the gates must not have padlocks.* | ☐ | ☐ | ☐ | Yes = Pass <br> No = Fail <br> *See Guidance* 📖 |
| **e)** If **3b** is YES – are the window gates on the fire escape window stamped with an FDNY approval number and can they be opened without the use of a key? | ☐ | ☐ | ☐ | Yes = Pass <br> No = Fail <br> *See Guidance* 📖 |
| **f)** If **3b** is YES - are there locks on the interior doors of the apartment that have access to that fire escape window? | ☐ | ☐ | ☐ | Yes = Fail <br> No = Pass |
| **g)** Do the windows open, close, and lock freely? <br> *You can ask the landlord/landlord representative to do this.* | ☐ | ☐ | ■ | Yes = Pass <br> No = Fail |
| **h)** Is there a window leading to the outside (basement, first floor, fire escape, porch, or other outside place that can be reached from the ground)? | ☐ | ☐ | ■ | Not Pass/Fail |
| **i)** If **3h** is YES – is it lockable from the inside (to protect individuals from invasion)? | ☐ | ☐ | ☐ | Yes = Pass <br> No = Fail <br> *See Guidance* 📖 |
| **j)** Are all interior surfaces free of cracked, peeling & loose paint? | ☐ | ☐ | ■ | Yes = Pass <br> No = Fail <br> *See Guidance* |

**(Turn page)**

DSS-10a (E) Rev. 03/12/2019 (page 4 of 12)
Prior Version 10/26/2018

Department of Social Services

| 3. Overall Apartment/House (*continued*) | YES | NO | N/A | Information |
|---|:---:|:---:|:---:|:---:|
| **k)** If **3j** is NO - is the date of construction 1978 or earlier? <br><br> *The date of construction can be found on the Certificate of Occupancy. This date is provided in the Department of Buildings section of the DHS Clearance document.* | ☐ | ☐ | ☐ | Not Pass/Fail <br> ***See Box 9 on page 10*** |
| **l)** Is the unit free of evidence of rats, mice, roaches, or other vermin? | ☐ | ☐ | | Yes = Pass <br> No = Fail <br> *See Guidance* <br> 📷 |
| **m)** Is the unit free of any evidence of leaks? | ☐ | ☐ | | Yes = Pass <br> No = Fail <br> *See Guidance* <br> 📷 |
| **n)** Are the floors free of hazards? <br> *For example, no gaps, tripping hazards, or protruding nails.* | ☐ | ☐ | | Yes = Pass <br> No = Fail <br> *See Guidance* <br> 📷 |
| **o)** Are there any holes in the walls, floors, or ceilings? | ☐ | ☐ | | Yes = Fail <br> No = Pass <br> *See Guidance* <br> 📷 |
| **p)** Is each room that is used for sleeping at least 80 sq. ft., and does each room include a window or skylight? <br><br> *A room of under 80 square feet without a window can be used for another purpose, but not for sleeping. A room used for sleeping must be both 80 square feet and have a window.* | ☐ | ☐ | | Yes = Pass <br> Fail = No <br> *See Guidance* <br> 📷 |
| **q)** Is there a lock on the inside of the apartment entrance door requiring a key to exit the apartment? <br> *No double cylinder locks are permitted.* | ☐ | ☐ | | Yes = Fail <br> No = Pass <br> *See Guidance* <br> 📷 |
| **r)** Is there a smoke detector located within 15 feet of the entrance to each room that is used for sleeping? | ☐ | ☐ | | Yes = Pass <br> No = Fail <br> *See Guidance* <br> 📷 |
| **s)** If **3r** is YES - are all of the smoke detectors working? | ☐ | ☐ | ☐ | Yes = Pass <br> No = Fail <br> *See Guidance* |

**(Turn page)**

DSS-10a (E) Rev.  03/12/2019 (page 5 of 12)
Prior Version 10/26/2018

Department of Social Services

| 3. Overall Apartment/House (*continued*) | YES | NO | N/A | Information |
|---|---|---|---|---|
| **t)**  Is there a carbon monoxide detector located within 15 feet of the entrance to each room that is used for sleeping? | ☐ | ☐ | ■ | Yes = Pass<br>No = Fail<br>*See Guidance*<br>📷 |
| **u)**  If **3t** is YES - are all of the carbon monoxide detectors working? | ☐ | ☐ | ☐ | Yes = Pass<br>No = Fail<br>*See Guidance* |
| **v)**  Is there a heat source in every room of this unit?<br><br>*Portable heating units are not permissible.* | ☐ | ☐ | ■ | Yes = Pass<br>No = Fail |
| **w)**  Is the heat source a radiator? | ☐ | ☐ | ■ | Not Pass/Fail |
| **x)**  If **3w** is YES – is there steam coming from the radiator or from the pressure valve, or is there moisture around the pressure valve? | ☐ | ☐ | ☐ | **Yes = Fail**<br>**No = Pass**<br>*See Guidance*<br>📷<br>***See Box 10 on page 10*** |
| **y)**  If **3w** is YES – is there evidence of leaking on, under, or around the radiator? | ☐ | ☐ | ☐ | **Yes = Fail**<br>**No = Pass**<br>*See Guidance*<br>📷<br>***See Box 10 on page 10*** |
| **z)**  If **3w** is YES - is the radiator missing a knob or valve?<br><br>Check the N/A box if you were unable to observe the knob or valve due to the cover | ☐ | ☐ | ☐ | **No = Pass**<br>**Yes = Fail**<br>*See Guidance*<br>📷<br>***See Box 10 on page 10*** |
| **aa)**  Is this apartment in the basement, cellar, or attic? | ☐ | ☐ | ■ | **Not Pass/Fail**<br>***See Box 11 on Page 10*** |

**(Turn page)**

Department of Social Services

| 3. Overall Apartment/House (*continued*) | YES | NO | N/A | Information |
|---|---|---|---|---|
| **ab)** Can the unit be accessed without having to go through another unit? | ☐ | ☐ | ■ | Yes = Pass<br>No = Fail |
| **ac)** Does the unit have a porch or balcony? | ☐ | ☐ | ■ | Not Pass/Fail |
| **ad)** If **3ac** is YES – is it 30 inches or more above the ground? | ☐ | ☐ | ☐ | Not Pass/Fail |
| **ae)** If **3ad** is YES, is a railing present and secure? | ☐ | ☐ | ☐ | Yes = Pass<br>No = Fail |
| **af)** Is there a drop ceiling (a secondary ceiling hung beneath the main ceiling)? | ☐ | ☐ | ■ | **Not Pass/Fail**<br>*See Guidance*<br>📖<br>**See Box 12 on Page 10** |
| **ag)** Do you have reason to think that this apartment was illegally subdivided? | ☐ | ☐ | ■ | **Not Pass/Fail**<br>*See Guidance*<br>📖<br>**See Box 13 on Page 11** |
| **ah)** If the inspection occurs between 10/1 and 5/31 it is required for the heat to be working.<br><br>*Take the temperature in at least one room (not the bathroom or kitchen).*<br><br>*During the day (6 AM – 10 PM), if the outside temperature falls below 55 degrees Fahrenheit, the inside temperature must be at least 68 degrees Fahrenheit. If the outside temperature is above 55 degrees Fahrenheit, there is no minimum indoor temperature.*<br><br>*At night (between 10 PM – 6 AM), the inside temperature must be at least 62 degrees Fahrenheit at all times.* | Inside Temperature:<br>_____<br>(Fahrenheit)<br><br>Outside Temperature:<br>_____<br>(Fahrenheit) | | | Time of day of walk-through:<br>_____<br><br>Pass = meets specified requirements<br><br>Fail = does not meet specified requirements |

**(Turn page)**

DSS-10a (E) Rev.  03/12/2019 (page 7 of 12)
Prior Version 10/26/2018

Department of Social Services

| 4. Bathroom | YES | NO | N/A | Information |
|---|---|---|---|---|
| **a)** Do the sink, tub/standing shower, and showerhead have hot and cold running water? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* |
| **b)** Does the water in the sink, tub/standing shower, and showerhead flow freely? | ☐ | ☐ | | Yes = Pass<br>No = Fail |
| **c)** Is the water in the sink, tub/standing shower, and showerhead clean after flushing the pipes for at least 60 seconds (i.e. no rust)? | ☐ | ☐ | | Yes = Pass<br>No = Fail |
| **d)** Is the toilet in proper working order? | ☐ | ☐ | | Yes = Pass<br>No = Fail |
| **e)** Is there a vent or an operable window in the bathroom?<br><br>*You should check for presence of vent airflow/draw.* | ☐ | ☐ | | Yes = Pass<br>No = Fail |
| **f)** Is the bathroom free of plumbing leaks (including steam leaks)? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance*<br>📷 |

| 5. Kitchen | YES | NO | N/A | Information |
|---|---|---|---|---|
| **a)** Does the kitchen sink have hot and cold running water? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* |
| **b)** Is the water in the sink clean after flushing the pipe for at least 60 seconds (i.e. no rust)? | ☐ | ☐ | | Yes = Pass<br>No = Fail |
| **c)** Is there a working oven? | ☐ | ☐ | | Yes = Pass<br>No = Fail |
| **d)** Is there a working stove?<br><br>*All burners on the stove must be working.* | ☐ | ☐ | | Yes = Pass<br>No = Fail |
| **e)** Is there a working refrigerator with rails and shelves adequate to the household's needs? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* |
| **f)** Is the refrigerator cold? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* |

**(Turn page)**

DSS-10a (E) Rev.  03/12/2019 (page 8 of 12)
Prior Version 10/26/2018

Department of Social Services

| 5. Kitchen | YES | NO | N/A | Information |
|---|---|---|---|---|
| **g)** Is there a working freezer? | ☐ | ☐ | | Yes = Pass<br>No = Fail |
| **h)** Does the kitchen have cabinets, shelves, or a space to store food? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* 📖 |
| **i)** Does the kitchen have a meal preparation area (e.g., counter space)? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* 📖 |
| **j)** Is the kitchen free of plumbing leaks (including steam leaks)? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* 📖 |
| **k)** Is the stove or oven free of grease build-up? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* 📖 |
| **l)** Is there a working vent over the stove or a window in the kitchen? | ☐ | ☐ | | Yes = Pass<br>No = Fail |

| 6. Electrical | YES | NO | N/A | Information |
|---|---|---|---|---|
| **a)** Does each room that will be used for sleeping have either two electrical outlets or one outlet and one permanent light fixture? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* 📖 |
| **b)** Do all of the outlets in the kitchen and bathroom have a reset button (GFCI Outlet)? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* 📖 |
| **c)** Are fixtures and electrical devices secure, with no exposed wires, and do they have plate covers? | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* 📖 |
| **d)** Is the apartment free of exposed wires?<br><br>*Wires that connect to a cable box are not considered exposed wires.* | ☐ | ☐ | | Yes = Pass<br>No = Fail<br>*See Guidance* 📖 |

**(Turn page)**

DSS-10a (E) Rev. 03/12/2019 (page 9 of 12)
Prior Version 10/26/2018

Department of Social Services

| 6. Electrical | YES | NO | N/A | Information |
|---|---|---|---|---|
| **e)** Are there any wires located in or located near standing water? | ☐ | ☐ | ■ | Yes = Fail<br>No = Pass |

| 7. Accessibility – Information Gathering Only | YES | NO | N/A | Information |
|---|---|---|---|---|
| **a)** Are there any stairs (or steps) between the public sidewalk and the door to the unit? | ☐ | ☐ | ■ | Not Pass/Fail |
| **b)** If **7a** is YES - is it possible to avoid all of the stairs (or steps) between the public sidewalk and the door to the unit by, for example, using an alternate tenant-entrance to the building, or by using an elevator (or lift), and/or ramp? | ☐ | ☐ | ■ | Not Pass/Fail |
| **c)** Does the building have an elevator? | ☐ | ☐ | ■ | Not Pass/Fail |
| **d)** If **7c** is YES - is at least one in working order? | ☐ | ☐ | ■ | Not Pass/Fail |
| **e)** What are the widths of the following:<br><br>Front entrance of the building: _____<br><br>Elevator door: _____<br><br>Entrance to the apartment: _____<br><br>Bathroom doors (if more than one bathroom, it is only necessary to measure one): _____<br><br>*To comply with the Americans with Disabilities Act, elevator doors must be 36 inches wide and doorways must be 32 inches wide.* | ☐ | ☐ | ■ | Not Pass/Fail |

| 8. Approval | YES | NO | Information |
|---|---|---|---|
| **a)** Are there any other issues that would make the apartment unsuitable to rent?<br><br>If so, what are they?<br><br>_____<br><br>_____<br><br>_____<br><br>_____<br><br>_____<br><br>_____ | ☐ | ☐ | Yes = Fail<br>No = Pass |
| **b)** Based on the answers you have provided above, do you approve of this apartment for rent by this client? | ☐ | ☐ | Yes = Pass<br>No = Fail |

**(Turn page)**

DSS-10a (E) Rev. 03/12/2019 (page 10 of 12)
Prior Version 10/26/2018

Department of Social Services

| 9. Peeling Paint Escalation<br><br>If the answer to question **3k** is YES, **please email the landlord a copy of this Apartment Review Checklist as instructed in the bottom of the last page of this document. Please also send a completed copy of this Apartment Walkthrough Checklist to apartmentoffers@dhs.nyc.gov with the subject line "Paint Condition." Even if the apartment failed for other reasons, you must still send a completed copy of this form to DHS.** | **YES** | **NO** | **Information** |
|---|---|---|---|
| • Was the answer YES for **3k**? | ☐ | ☐ | Notify DHS staff if you checked YES. |

| 10. Radiator Escalation<br><br>Please indicate if you answered YES to any of the questions listed below. **If the landlord subsequently repairs the condition, send a copy of this completed Apartment Review Checklist to apartmentoffers@dhs.nyc.gov with the subject line "Escalation" for approval.** | **YES** | **NO** | **Information** |
|---|---|---|---|
| • Was the answer YES for **3x**? | ☐ | ☐ | Notify DHS staff if you checked YES for **any** of these items. |
| • Was the answer YES for **3y**? | ☐ | ☐ | |
| • Was the answer YES for **3z**? | ☐ | ☐ | |

| 11. Basement, Cellar or Attic Escalation<br><br>Please indicate if you answered YES to the question below. **If you answer YES, the unit cannot pass at this time. You must email a completed copy of the Apartment Review Checklist to apartmentoffers@dhs.nyc.gov with the subject line "Escalation" for approval.** | **YES** | **NO** | **Information** |
|---|---|---|---|
| • Was the answer YES for **3aa**? | ☐ | ☐ | Notify DHS staff if you checked YES. |

| 12. Drop Ceiling Escalation<br><br>Please indicate if you answered YES to the question below. **If you answer YES, the unit cannot pass at this time. You must email a completed copy of the Apartment Review Checklist to apartmentoffers@dhs.nyc.gov with the subject line "Escalation" for approval.** | **YES** | **NO** | **Information** |
|---|---|---|---|
| • Was the answer YES for **3af**? | ☐ | ☐ | Notify DHS staff if you checked YES. |

**(Turn page)**

DSS-10a (E) Rev. 03/12/2019 (page 11 of 12)
Prior Version 10/26/2018

Department of Social Services

| 13. Illegal Subdivision Escalation<br><br>Please indicate if you answered YES to the question below.  **If you answer YES, the unit cannot pass at this time. You must email a completed copy of the Apartment Review Checklist to apartmentoffers@dhs.nyc.gov with the subject line "Escalation" for approval.** | YES | NO | Information |
|---|---|---|---|
| • Was the answer YES for **3ag**?<br><br>   If so, provide the reason(s)?<br>   _____<br>   _____<br>   _____<br>   _____<br>   _____<br>   _____ | ☐ | ☐ | Notify DHS staff if you checked YES. |

**Landlord/Landlord Representative Contact Information**

_____          _____
**Name of Landlord/Landlord Representative (Print)**          **Name of Organization (Print)**


_____          _____
**Email**          **Telephone Number**

**Certification**

I certify that I visited the property located at the address indicated above and that the information in this form has been answered correctly to the best of my ability.


_____          _____          _____
**Person completing walkthrough (Print)**          **Person completing walkthrough (Signature)**          **Date**


_____
**Name of your organization (Print)**

DSS-10a (E) Rev. 03/12/2019 (page 12 of 12)
Prior Version 10/26/2018
Department of Social Services

- ❖ **A copy of this form and the Website Clearance Checklist must be included in your application request packet. The application will not pass review if the apartment needs repair or does not pass the required clearances.**
- ❖ **For technical support during the Apartment Review, please call 212-232-0560 from 9am to 5pm Monday through Friday.**
- ❖ **If the unit fails under any condition, a copy of the completed Apartment Review Checklist must be provided to the landlord via email so a record can be kept.**



Human Resources
Administration
Department of
Homeless Services

**DEPARTMENT OF
SOCIAL SERVICES**

DSS-10b (E)  Rev. 03/06/2019  (page 1 of 11)
Prior Version 10/26/2018

## APARTMENT REVIEW CHECKLIST GUIDANCE

This form is to be used along with the **DSS-10a** where "*See Guidance*" is indicated.

| 1. Interior of Building |
|---|

**b.** **Is there excess garbage in the hallways/interior of the building that may cause a health and safety condition?**

***GUIDANCE***

Halls and interior common areas must be free of clutter:
- Garbage or materials cannot be stored in the area for an extended period of over one week
- No tripping hazards in halls or interior areas
- No odors from garbage
- No infestation of roaches or rodents
- It may be helpful to try to speak to the super to see if this condition has persisted for longer than a week

**PHOTO Guidance:**
Please document with a photo(s).

**c.** **Do halls and stairwells have a clear path to egress?**

***GUIDANCE***

Halls and stairwells must have a clear path to egress:
- No clutter, including bikes, boxes, garbage, or tenants' belongings are blocking stairwells, halls, or exits
- Halls, stairwells, and exits are free of tripping hazards

**PHOTO Guidance:**
Please document with a photo(s).

**d.** **Do halls and stairwells have sufficient lighting?**

***GUIDANCE***

Halls and stairwells must have sufficient lighting:
- Building hallways must have sufficient lighting so that the hallway is completely visible end-to-end
- Building stairwells must have sufficient lighting so that they are visible from top-to-bottom
- Building exit signs must be operable

**PHOTO Guidance:**
Please document with a photo(s).

**(Turn page)**

## 1. Interior of Building (continued)

i.  **If 1f is YES – is there a self-closing mechanism on the apartment entrance door, the building entrance door, and the Fire Exit doors?**

### *GUIDANCE*

This requirement only applies to multiple dwellings, which are buildings or houses with three or more units.

The image below is an example of a self-closing door mechanism.  There may be other acceptable types or models. Note that butterfly hinges are not acceptable.



**PHOTO Guidance:**
If pass, please document with a photo(s) of the self-closing door mechanisms observed.

## 2. Hallway and Apartment or House – Complete this section if there are children 10 years old and under

b.  **If 2a is YES - are window guards in place in the hallways and installed with the correct (one way) screws and L brackets to prevent the window from opening more than 4 inches; or if there is a casement window hinged at the side or top, is there a chain to prevent the window from opening more than 4 inches?**

### *GUIDANCE*

Under law, window guards are required for units in multiple dwellings (buildings or houses with 3 or more units) that have:

*   Children 10 and under as tenants
*   Windows that are more than six feet off the ground

*Fire escape windows can only have FDNY-approved window gates; they **cannot** have window guards.*

*If the gap from the top bar of the window guard to the top of the window is less than 4 inches, an L bracket is not required.*

The image below is an example of a correct window guard, (one way) screw, and L bracket.  There may be other acceptable types.



For further guidance, please see
http://www.nyc.gov/html/fdny/pdf/safety/fire_safety_education/2010_02/07_residential_apartment_fire_safety_en
glish.pdf.

**PHOTO Guidance:**
Please document with a photo(s).

**(Turn page)**

DSS-10b (E) Rev.03/06/2019 (page 3 of 11)
Prior Version 10/26/2018

Department of Social Services
Human Resources Administration

**2. Hallway and Apartment or House – Complete this section if there are children 10 years old and under (continued)**

c.  **If 2a is YES - are window guards in place in the unit and installed with the correct (one way) screws and L brackets; or if there is a casement window hinged at the side or top, is there a chain to prevent the window from opening more than 4 inches?**

*GUIDANCE*

Under law, window guards are required for units in multiple dwellings (buildings or houses with 3 or more units) that have:

- Children 10 and under as tenants
- Windows that are more than six feet off the ground

*Fire escape windows can only have FDNY-approved window gates; they **cannot** have window guards.*

*If the gap from the top bar of the window guard to the top of the window is less than 4 inches, an L bracket is not required.*

The image below is an example of a correct window guard, (one way) screw, and L bracket.  There may be other acceptable types



For further guidance, please see
http://www.nyc.gov/html/fdny/pdf/safety/fire_safety_education/2010_02_07_residential_apartment_fire_safety_english.pdf.

**PHOTO Guidance:**
Please document with a photo(s).

**3. Overall Apartment/House**

d.  **If 3c is YES - can the window gates be opened from the inside?**

*GUIDANCE*

- Test that the gate works
- No key or padlocks on the gate

***PHOTO Guidance:***
If pass, please document with a photo(s) of the window gate showing where it can be opened from the inside.

**(Turn page)**

DSS-10b (E) Rev.03/06/2019 (page 4 of 11)
Prior Version 10/26/2018

Department of Social Services
Human Resources Administration

---

### 3. Overall Apartment/House (continued)

**e. If 3b is YES – are the window gates on the fire escape window stamped with an FDNY approval number and can they be opened without the use of a key?**

#### *GUIDANCE*

The image below is an example of an FDNY approved window gate. There may be other acceptable types or models.

*Fire escape windows can only have FDNY-approved window gates, they **cannot** have window guards.*



For further guidance, please see
http://www.nyc.gov/html/fdny/pdf/safety/fire_safety_education/2010_02/07_residential_apartment_fire_safety_english.pdf.

**PHOTO Guidance:**

If pass, please document with a photo(s) of the FDNY approval number located on the gate and where the gate can be opened without the use of a key.

---

**i. If 3h is YES – is it lockable from the inside (to protect individuals from invasion)?**

**PHOTO Guidance:**

If pass, please document with a photo(s) of the window leading to the outside and show where it is lockable.

---

**j. Are all interior surfaces free of cracked, peeling & loose paint?**

#### *GUIDANCE*

The unit must fail the apartment walkthrough if there is any cracked, peeling, or loose paint, regardless of the year the building was constructed.  If the date of construction is 1978 or earlier, the paint condition must be escalated to DHS as per the instructions in Box 9 of the **Apartment Review Checklist**.

A re-walkthrough may only be conducted after the issue is remediated and the landlord submits an attestation to DSS certifying the condition was properly repaired. The party responsible for conducting the re-walkthrough, to ensure that the correction has been made, is outlined below:

- DHS must perform the re-walkthrough if there are children under 6 in the household
- The provider must perform the re-walkthrough if:
    - there are no children under 6 in the household, **OR**
    - the date of construction is 1979 or later (there is no need to escalate to DHS, but the landlord must remediate the issue)

**(Turn page)**

Department of Social Services
Human Resources Administration

| 3. Overall Apartment/House (continued) |
|---|

**l.  Is the unit free of evidence of rats, mice, roaches, or other vermin?**

***GUIDANCE***

The housing unit should be free of vermin:

- Evidence of roaches and/or rodents or other vermin are not found in the housing unit
- If evidence of vermin is found, such as dead roaches or droppings, the landlord must be taking steps to eliminate the problem (for example, receipt or record of recent extermination efforts)

**PHOTO Guidance:**
If fail, please document with a photo(s) of the evidence of vermin, such as dead roaches or rodent droppings.

---

**m.  Is the unit free of any evidence of leaks?**

***GUIDANCE***

The housing unit should be free of leaks:

- No discoloration or stains found on ceilings
- No evidence of mold or mildew
- No leaks under the kitchen and/or bathroom sinks or windowsills

**PHOTO Guidance:**
If fail, please document with a photo(s) that shows evidence of leaks.

---

**n.  Are the floors free of hazards?**

***GUIDANCE***

Floors in the housing unit must be free of hazards:

- Floors must be even (not buckling)
- No missing or broken tiles or floorboards
- No nails sticking out
- Carpeting must be tight

*For example, no gaps, tripping hazards, or protruding nails.*

**PHOTO Guidance**
If fail, please document with a photo(s) of the failing condition.

---

**o.  Are there any holes in the walls, floors, or ceilings?**

***GUIDANCE***

Walls, floors, and ceilings must not have any holes.

**PHOTO Guidance**
If fail, please document with a photo(s) of the failing condition.

---

**p.  Is each room that is used for sleeping at least 80 sq. ft., and does each room include a window or skylight?**

***GUIDANCE***

Every room used for sleeping must have at least one (1) window to the outside, including the living room, if the living room is used by a household member for sleeping.  Tenants must be able to open all windows, including the skylight.

*A room of under 80 square feet without a window can be used for another purpose, but not for sleeping.* A room used for sleeping must be both 80 square feet and have a window.

**PHOTO Guidance:**
If pass, please document with a photo(s)

---

**(Turn page)**

DSS-10b (E) Rev.03/06/2019 (page 6 of 11)
Prior Version 10/26/2018

Department of Social Services
Human Resources Administration

## 3. Overall Apartment/House (continued)

**q. Is there a lock on the inside of the apartment entrance door requiring a key to exit the apartment?**

***GUIDANCE***

No double cylinder locks are permitted.

**PHOTO Guidance:**
Please document with a photo(s).

---

**r. Is there a smoke detector located within 15 feet of the entrance to each room that is used for sleeping?**

***GUIDANCE***

Smoke detectors are required to be located within 15 feet of sleeping rooms. More than one smoke detector may be required depending on the locations of the sleeping rooms.

**PHOTO Guidance:**
If pass, please document with a photo(s) of each required smoke detector.

---

**s. If 3r is YES - are all of the smoke detectors working?**

***GUIDANCE***

All smoke detectors should be tested by pressing the test button. If detector is going off at the start of the inspection or starts to go off during the inspection, and replacing the battery does not resolve the issue, it is a fail.

---

**t. Is there a carbon monoxide detector located within 15 feet of the entrance to each room that is used for sleeping?**

***GUIDANCE***

Carbon monoxide detectors are required to be located within 15 feet of sleeping rooms. More than one carbon monoxide detector may be required depending on the locations of the sleeping rooms.

**PHOTO Guidance:**
If pass, please document with a photo(s) of each required carbon monoxide detector.

---

**u. If 3t is YES - are all of the carbon monoxide detectors working?**

***GUIDANCE***

All carbon monoxide detectors should be tested by pressing the test button. If detector is going off at the start of the inspection or starts to go off during the inspection, and replacing the battery does not resolve the issue, it is a fail.

**(Turn page)**

DSS-10b (E) Rev.03/06/2019 (page 7 of 11)
Prior Version 10/26/2018

Department of Social Services
Human Resources Administration

## 3. Overall Apartment/House (continued)

**x. If 3w is YES – is there steam coming from the radiator or from the pressure valve, or is there moisture around the pressure valve?**

### *GUIDANCE*

Is the radiator spewing steam that is evident whether or not it has a cover?

Is the pressure valve emitting steam or is there moisture accumulating around the valve?

Please also follow the instructions in **Box 10 of the Apartment Review Checklist**.

The image below is an example of a pressure valve.



**PHOTO Guidance:**
If fail, please document with a photo(s) that shows evidence of steam.

---

**y. If 3w is YES – is there evidence of leaking on, under, or around the radiator?**

### *GUIDANCE*

If the radiator is covered or uncovered, look for evidence of leaking on the floor around the radiator, such as moisture, staining or damage for moisture.

Please also follow the instructions in **Box 10 of the Apartment Review Checklist**.

The image below is an example of leaking around the radiator.



**PHOTO Guidance:**
If fail, please document with a photo(s) that shows evidence of leaking.

**(Turn page)**

DSS-10b (E) Rev.03/06/2019 (page 8 of 11)
Prior Version 10/26/2018

Department of Social Services
Human Resources Administration

## 3. Overall Apartment/House (continued)

**z.  If 3w is YES - is the radiator missing a knob or valve?**

### *GUIDANCE*

The unit must fail if either the valve or knob is missing.

If you are unable to observe the knob or valve to the cover check the N/A box for this question on the **Apartment Review Checklist**.

Please also follow the instructions in **Box 10 of the Apartment Review Checklist**.

The images below are examples of radiator knobs and valves.  There may be other acceptable types or models.

 

**PHOTO Guidance:**
Please document with a photo(s).

**af.  Is there a drop ceiling (a secondary ceiling hung beneath the main ceiling)?**

### *GUIDANCE*

A drop ceiling used in a residential building must be approved by the Department of Buildings. A drop ceiling (also known as suspended ceiling, false ceiling, or grid ceiling) is a secondary ceiling hung below the main structural ceiling. It may be installed for aesthetic reasons or to facilitate maintenance (for example, to hide piping or other building systems).  Some drop ceilings appear as ceiling "grids" where the individual tiles can be removed for access.  Sheetrock drop ceilings may be apparent where the ceiling height differs between adjacent rooms.

 



Please also follow the instructions in **Box 12 of the Apartment Review Checklist**.

**PHOTO Guidance:**
Please document with a photo(s).

**(Turn page)**

DSS-10b (E) Rev.03/06/2019 (page 9 of 11)
Prior Version 10/26/2018

Department of Social Services
Human Resources Administration

| 3. Overall Apartment/House (continued) |
| --- |

**ag.  Do you have reason to think that this apartment was illegally subdivided?**

***GUIDANCE***

The list below provides examples of things to look for regarding an illegal subdivision, which includes but is not limited to:

- A window is shared by two rooms, or a window is not "centered" in a room
- A radiator is shared by two rooms
- A dividing wall separating two rooms does not reach the ceiling or is flimsy and/or hollow
- A wall has no electrical outlets
- A wall has missing or mismatched moldings
- A wall is constructed of different materials than the rest of the unit, such as a sheetrock wall in a unit that has plaster walls
- Sheetrock appears to be fitted into the baseboard molding or ceiling molding
- A door has "buried" molding on one side but not the other

Please also follow the instructions in **Box 13 of the Apartment Review Checklist**.

**PHOTO Guidance:**
Please document with a photo(s).

| 4. Bathroom – Provide a photo of all area(s) of the housing unit to be occupied by the tenant. |
| --- |

**a.  Do the sink, tub/standing shower, and showerhead have hot and cold running water?**

***GUIDANCE***

Let the water run for 60-90 seconds to ensure that it is hot. Measure the water temperature.

Hot water must be provided 365 days per year at a constant minimum temperature of 120 degrees Fahrenheit. Hot water is considered excessive when it is above 130 degrees Fahrenheit.

**f.  Is the bathroom free of plumbing leaks (including steam leaks)?**

***GUIDANCE***

Look under the sink while the faucet is running to ensure there are no leaks or accumulation of moisture.

**PHOTO Guidance:**
Please document with a photo(s).

**5. Kitchen – Provide a photo of all area(s) of the housing unit to be occupied by the tenant.**

**a. Does the kitchen sink have hot and cold running water?**

***GUIDANCE***

Let the water run for 60-90 seconds to ensure that it is hot. Measure the water temperature.

Hot water must be provided 365 days per year at a constant minimum temperature of 120 degrees Fahrenheit. Hot water is considered excessive when it is above 130 degrees Fahrenheit.

**e. Is there a working refrigerator with rails and shelves adequate to the household's needs?**

***GUIDANCE***

Consider the size of the household and what their food needs might be. Is the space large enough for the food needs of the household?

**f. Is the refrigerator cold?**

***GUIDANCE***

Use a thermometer to measure the temperature of the refrigerator. The freezer should be below freezing, and the refrigerator temperature should be between $36^0$ and $46^0$ Fahrenheit.

**h. Does the kitchen have cabinets, shelves, or a space to store food?**

**PHOTO Guidance:**
If pass, please document with a photo(s) that shows the cabinet, shelves, or food storage space.

**i. Does the kitchen have a meal preparation area (e.g., counter space)?**

**PHOTO Guidance:**
If pass, please document with a photo(s) that shows the meal preparation area.

**j. Is the kitchen free of plumbing leaks (including steam leaks)?**

***GUIDANCE***

Look under the sink while the faucet is running to ensure there are no leaks or accumulation of moisture.

**PHOTO Guidance:**
If fail, please document with a photo(s) of the sink plumbing (under sink, back wall and under cabinet), and steam pipes.

**k. Is the stove or oven free of grease build-up?**

***GUIDANCE***

Lift the top of the range to check for grease build-up.

**PHOTO Guidance:**
If fail, please document with a photo(s) of the grease build-up.

**(Turn page)**

DSS-10b (E) 03/06/2019 (page 11 of 11)

Department of Social Services
Human Resources Administration

**6. Electrical – Provide a photo of all area(s) of the housing unit to be occupied by the tenant.**

**a  Does each room that will be used for sleeping have either two electrical outlets or one outlet and one permanent light fixture?**

**PHOTO Guidance:**

If pass, please document with a photo(s) of the electrical outlets and/or light fixture.

**b.  Do all the outlets in the kitchen and bathroom have a reset button (GFCI Outlet)?**

***GUIDANCE***

GFCI Outlets are required in any outlet within 4 feet of a water source.  It the outlet is more than 4 feet away, it is not required to be GFCI.

**PHOTO Guidance:**

If pass, please document with a photo(s) of the GFCI Outlet that is less than 4 feet away from a water source.

**c.  Are fixtures and electrical devices secure, with no exposed wires, and do they have plate covers?**

**PHOTO Guidance:**

If fail, please document with a photo(s) of any failed conditions.

**d.  Is the apartment free of exposed wires?**

**PHOTO Guidance:**

If fail, please document with a photo(s) of any exposed wires present in the apartment.