

HRA-121 (E) 07/01/2020

| Date: | Tenant's Name: |
|---|---|
| Lease ID # (if applicable): | Telephone Number: |

## Broker's Request for Enhanced Fee Payment by Check

HRA will issue a check for a broker's fee for households that are exiting DHS and HRA shelters as well as certain other households if the tenant is otherwise eligible and the Broker meets **all** of the following criteria:

- The Broker has verified that the actual rental unit has a current Certificate of Occupancy in effect issued by the New York City Department of Buildings, if applicable, or has confirmation that the rental unit's use and/or type of occupancy is in compliance with the local jurisdiction's standards.
- No change has been made in the occupancy or use of the rental unit that is inconsistent with the last issued Certificate of Occupancy or other equivalent document.
- No dangerous or hazardous violations are present on the premises.
- The Broker has a current broker's license in good standing.
- The Broker is not the owner, controlling person, or an affiliate of the owner of the actual rental unit.
- The lease or rental agreement is for one year or longer

I (we) _____, located at
                                                      Name of Broker

_____
Address

| Borough | State | Zip Code |
|---|---|---|

request payment for services rendered in the form of a check in the amount of $ _____ on behalf of the above-named tenant who will be the primary tenant of the premises located at:

| Address | | Apartment Number |
|---|---|---|
| Borough | State | Zip Code |

This amount represents the entire broker's fee. The tenant is not responsible for any monies in excess of the amount issued by HRA, which is up to 15% of the annual rent. **This enhanced broker's fee expires June 30, 2021. Brokers who submit the Broker's Request for Enhanced Fee Payment by Check form on or before that date will receive the enhanced fee even if the leasing process is not completed by June 30, 2021.**

I (we) certify that I (we) have not requested any fees directly from the tenant, other than, if applicable, an incidental apartment application fee required of all tenant applicants, and am (are) not aware of the landlord requesting any fees from the tenant other than what is set forth in the lease/agreement.

I (we), as the Broker of the above-named premises, certify that this rental unit meets all of the criteria listed above.

I (we) agree to promptly refund to HRA the Broker's fee paid hereunder if the tenant fails to move into the above-described premises or equivalent premises acceptable to the tenant.

**Failure to provide true and accurate statements is punishable as a Class A Misdemeanor pursuant to Penal Law § 175.30 (offering a false instrument for filing to a public office or a public servant).**

| Broker's Signature | Date | License Number | Telephone Number |
|---|---|---|---|

_____
If corporation, name of officer and corporate seal