

DHS-10h (E) 02/11/2020 LLF

# Notice of Special One Time Assistance (SOTA)
## Escrow Payment Withholding

Payment from the Special One Time Assistance (SOTA) program for:

Landlord Name: _____

Tenant Name: _____

Tenant Address: _____ Apt. _____

_____

is being withheld starting _____ because of unacceptable conditions and/or a
(Month) (Year)
housing court action. Please see attached documentation.

For SOTA payments to resume, please mail documentation verifying resolution of the issue(s) to the address below. Any request for release of withholding must be made within 60 days of resolution of the issue(s) and must include either confirmation that the tenant is still residing at the address and apartment indicated above or, if the tenant is no longer residing there, the date when the tenant left. Payments may only be released for months when the tenant was residing in the unit.

Mail proof and confirmation to:   Rental Assistance Integrity Unit Withholdings

150 Greenwich Street, 41st Floor

New York, NY 10007

Or you may email proof and confirmation to: SOTAWITHHOLD@dss.nyc.gov

Call the SOTA Hotline at **718-557-1373** for more information.

cc: _____



DHS-10i (E) 02/03/2020 LLF

# Notice of Special One Time Assistance (SOTA)
## Escrow Payment Release After Withholding

Please be advised that payments from the Special One Time Assistance (SOTA) program for:

Landlord Name: _____

Tenant Name: _____

Tenant Address: _____ Apt. _____

_____

will restart based on the attached documents. Previously withheld payments will be released for months when the tenant was residing in the unit.

You will receive payment in the amount of $_____ covering the period from _____ to _____.

Call the SOTA Hotline at **718-557-1373** for more information.

cc: _____