

# New Hotline and Payment Information for SOTA

If your rent is paid through the Special One Time Assistance (SOTA) program and you need help, please call the SOTA Hotline at **718-557-1373**.

**Call the SOTA Hotline if you:**

- are having problems related to your housing that your landlord is not fixing.
- are being evicted or threatened with eviction.
- are facing a loss or reduction of income and need a referral for services to help you increase your income (for example, job training or career services).
- are having issues that could affect your ability to remain permanently housed.
- need guidance on other services available in your community (for example, information on how to register your child for school).
- are a landlord and are having problems receiving the monthly SOTA payment.
- are a landlord and need to update your payee information.
- are a landlord and your rent is being withheld and want to submit documentation that the issue that resulted in the withholding has been resolved.

Beginning in February 2020 for new SOTA participants, rental payments under the SOTA program will be made to landlords on a monthly basis.

**(Turn page)**

**Here's what you need to do if you believe your landlord is not properly maintaining your home or making necessary repairs:**

- You must tell your landlord in writing about the problem.

- If the problem is not fixed by your landlord, you should contact your local housing code enforcement authority to request an inspection and obtain documentation of the problem.

- If the problem is still not fixed after contacting your local housing code enforcement authority, and you want monthly SOTA payments to stop, call the SOTA Hotline. We will ask you for documents from your local housing code enforcement authority, so you should have these with you when you call. After we review your complaint and the documents you submit, we will make a decision on your request.

- You may also have your payments stopped if you have started a housing court or equivalent action against your landlord. You will need to provide documentation of that court action.

- Contact the SOTA Hotline for more information about submitting documents to stop monthly payments.
    - An example of documents to submit includes an inspection report or other official statement from your local housing code enforcement authority showing that repairs are needed.

**SOTA Hotline – 718-557-1373**