## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

------------------------------------------------------------------- x

CITY OF NEWARK,

        Plaintiff-Crossclaim Defendant,

CITY OF JERSEY CITY,

        Intervenor Plaintiff,

CLASS OF AFFECTED TENANTS,

        Plaintiffs-Intervenors,

vs.

CITY OF NEW YORK; MAYOR BILL DE BLASIO, in his official capacity; COMMISSIONER STEVEN BANKS, in his official capacity,

        Defendants.

------------------------------------------------------------------- x

**Document Filed Electronically**

Case No. 2:19-cv-20931-MCA-LDW

**[PROPOSED] ORDER**

        **THIS MATTER** having been brought before the Court on motion with notice of James E. Johnson, Corporation Counsel for the City of New York, by Brian T. Horan, Assistant Corporation Counsel, on behalf of defendants the City of New York, Mayor Bill de Blasio, and Commissioner Steve Banks, pursuant to Rules 12(b)(1), (h)(3), and 12(c) of the Federal Rules of Civil Procedure, seeking to dismiss the Complaint filed by the City of Newark, and the Court having considered the papers submitted herein, and having heard the arguments of counsel at a hearing dated _____ and good cause shown;

        **IT IS** on this _____ day of _____, 2021, ORDERED as follows:

        1.     Defendants' motion is **GRANTED**.

2. The Complaint of the City of Newark is dismissed with prejudice pursuant to Rules 12(b)(1), 12(h)(3), and 12(c) of the Federal Rules of Civil Procedure.

_____
Hon. Madeline Cox Arleo, U.S.D.J.