`JAMES E. JOHNSON
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

By:    Brian T. Horan
       Doris F. Bernhardt (*pro hac vice*)
       Assistants Corporation Counsel
       212.356.2297/2296
       bhoran@law.nyc.gov
       dbernhar@law.nyc.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

------------------------------------------------------------------- x

CITY OF NEWARK,

       Plaintiff-Crossclaim Defendant,

CITY OF JERSEY CITY,

       Intervenor Plaintiff,

CLASS OF AFFECTED TENANTS,

       Plaintiffs-Intervenors,

vs.

CITY OF NEW YORK; MAYOR BILL DE BLASIO, in his official capacity; COMMISSIONER STEVEN BANKS, in his official capacity,

       Defendants.
------------------------------------------------------------------- x

**Document Filed Electronically**

Case No.
2:19-cv-20931-MCA-LDW

**CERTIFICATE OF SERVICE**

       I, Brian T. Horan, hereby certify that copies of the Notice of Motion and supporting Memorandum of Law, Declaration of Molly Park and attached exhibits were served by personal service on March 12, 2021, via ECF upon:

GARY S. LIPSHUTZ
CITY OF NEWARK DEPARTMENT OF LAW
920 BROAD STREET, ROOM 316
CITY HALL
NEWARK, NJ 07102

BRITTANY MURRAY
JERSEY CITY LAW DEPARTMENT
CITY HALL - 280 GROVE ST
JERSEY CITY, NJ 07302

MATTHEW M. OLIVER
ANTHONY JOHN COCUZZA
REBECCA RYAN
LOWENSTEIN SANDLER, PC
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

                Respectfully submitted,

                JAMES E. JOHNSON
                Corporation Counsel of the City of New York

By:   */s/ Brian T. Horan*
        Brian T. Horan
        Assistant Corporation Counsel
        100 Church Street, 20th Floor
        New York, NY 10007
        212.356.2297
        bhoran@law.nyc.gov

*Attorneys for Defendant*